**DENIED
BY ORDER OF THE COURT**

**GREENBERG TRAURIG LLP**
E. Patrick Ellisen (SBN 142033) (ellisenp@gtlaw.com)
James W. Soong (SBN196092) (soongj@gtlaw.com)
Daniel T. McCloskey (SBN191944) (mccloskeyd@gtlaw.com)
1900 University Avenue 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500; Facsimile: (650) 328-8508

**GREENBERG TRAURIG LLP**
Herbert Finn (admitted pro hac vice) (finnh@gtlaw.com)
Cameron M. Nelson (admitted pro hac vice) (nelsonc@gtlaw.com)
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400; Facsimile: (312) 456-8435

**GREENBERG TRAURIG LLP**
Valerie W. Ho (SBN 200505) (hov@gtlaw.com)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700; Facsimile: (310) 586-7800

Attorneys for Defendant and Counterclaimant
**PRIMAX ELECTRONICS LTD.** and Third-Party Plaintiff
**POLARIS ELECTRONICS, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KYE SYSTEMS AMERICA CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIMAX ELECTRONICS LTD., a Taiwanese corporation,<br><br>Defendant.<br><br>and related Counterclaims and Third-Party Claims | Case No. 2:10-cv-04481 RGK (FFMx)<br><br>**[PROPOSED] ORDER GRANTING PRIMAX ELECTRONICS LTD. AND POLARIS ELECTRONICS, INC.'S APPLICATION TO SEAL:**<br><br>**1) EXHIBITS TO PEREZ DECLARATION; AND**<br><br>**2) PORTIONS OF MOTION IN LIMINE #7 TO EXCLUDE TESTIMONY FROM KYA, KYE AND MOUSE SYSTEMS' DAMAGES EXPERT, CHARLES MAHLA**<br><br>Date: November 1, 2011<br>Time: 9:00 a.m.<br>Place: Courtroom 850; Honorable R. Gary Klausner<br>(Roybal -850)<br><br>Trial Date: November 1, 2011<br>Pre-Trial Conference Date: Oct 17, 2011 |

[PROPOSED] ORDER GRANTING APP TO SEAL EXHS TO PEREZ DECL. AND PORTIONS OF MOTION IN LIMINE #7     **CASE NO. 2:10-cv-04481 RGK (FFMx)**

Upon consideration of all papers filed and all arguments presented with respect to Defendant, Counterclaimant and Third-Party Plaintiff Primax Electronics Ltd. and Third-Party Plaintiff Polaris Electronics, Inc. (collectively, "Primax")'s Application to Seal (the "Application") Exhibits 1, 3, 5, 6, 9 and 10 to the Perez Declaration Filed in Support of Primax's Motion in Limine #7 to Exclude Testimony From KYA, KYE and Mouse Systems' Damages Expert, Charles Mahla ("MIL #7"), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Primax's Application is hereby <u>conditionally</u> GRANTED.

2. Primax's Application as to Exhibits 1, 3, 5, 6, 9 and 10 to the Perez Decl. is hereby <u>conditionally</u> GRANTED, and the exhibits are hereby <u>conditionally</u> sealed;

3. MS&F and KYA are hereby ordered, by _____, 2011, to file with the Court and serve a declaration establishing that Exhibits 1, 3, 5, 6, 9 and 10, in their entirety, are sealable, and lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designations of confidentiality. If MS&F and KYA do not file the responsive declaration, the unredacted exhibits will be made part of the public record;

4. Primax's Application as to Pages 5:17-19, 6:16-17, 9:4-12, 9:20-10:1, 10:8-10, 10:12-14, 10:23-11:1 (including Fn. 6), 11:6-8, 11:13-21, 11:27-12:11, 12:18-20, 12:24-25, 13:6-13, 13:15-16 of MIL #7, is hereby <u>conditionally</u> GRANTED, and the unredacted memorandum is hereby <u>conditionally</u> sealed;

5. MS&F and KYA are hereby ordered, by _____, 2011, to file with the Court and serve a declaration establishing that Pages 5:17-19, 6:16-17, 9:4-12, 9:20-10:1, 10:8-10, 10:12-14, 10:23-11:1 (including Fn. 6), 11:6-8, 11:13-21, 11:27-12:11, 12:18-20, 12:24-25, 13:6-13, 13:15-16 of MIL #7 are sealable, and lodge and serve a narrowly tailored proposed sealing order, or must withdraw the

1

[PROPOSED] ORDER GRANTING APP TO SEAL EXHS TO PEREZ DECL. AND PORTIONS OF MOTION IN LIMINE #7                                                      CASE No. 2:10-cv-04481 RGK (FFMx)

1  designations of confidentiality.  If MS&F and KYA do not file the responsive
2  declaration, the unredacted memorandum will be made part of the public record.
3
4  **IT IS SO ORDERED**
5  DATED:  September 21, 2011

**DENIED**
BY ORDER OF THE COURT
WITHOUT PREJUDICE
UNITED STATES DISTRICT COURT JUDGE

2

[Proposed] Order Granting App to Seal Exhs to Perez Decl. and Portions of Motion in Limine #7
Case No. 2:10-cv-04481 RGK (FFMx)